JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REINA MARIBEL CAMPOS, individually and successor in interest to STEVE ULYSSES CABRERA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGLES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF LEE BACA,<br><br>Defendants. | Case No. CV 11-09613 DDP (PJWx)<br><br>**ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. All pending calendar dates are vacated by the Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 21, 2015

DEAN D. PREGERSON
United States District Judge